**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STOKES, <br><br> Plaintiff, <br><br> v. <br><br> JERRY JAMES, INC. d/b/a BULLET BAR, and MICHAEL LARA, <br><br> Defendants. | CV 22-6708 PA (RAOx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's January 10, 2023 Minute Order granting the Motion for Default Judgment filed by plaintiff Michael Stokes ("Plaintiff") against defendants Jerry James, Inc. d/b/a Bullet Bar, and Michael Lara (collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall recover from Defendant the amount of $4,182.50 (consisting of $3,000.00 in statutory Copyright damages, $500.00 in attorneys' fees, and $682.50 in costs);

2. Defendants are permanently enjoined from distributing, publishing, displaying, or otherwise infringing the copyrights of Plaintiff's images of Jared Brown, Registration No. VAu 1-085-779, Diego Arnarey, Registration No. VAu 1-224-488, and Vince Ramos, Registration No. VAu 1-976-132, as depicted in the Complaint, without the consent of Plaintiff; and

3. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: January 10, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE